# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18CV172-FDW-DSC

| | |
|---|---|
| **RACHAN DAMIDI REDDY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **RASHID A. BUTTAR,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Petitioner's "Motion [for Amended Briefing Schedule for Respondent's Motion to Dismiss (document #8)]" (document # 28) filed December 21, 2018. Respondent has not responded to the Motion and the time for filing a response has expired.

For the reasons set forth therein, the Motion (document #28) will be <u>granted</u>. Respondent may file an Amended Memorandum in Support of his Motion to Dismiss on or before January 18, 2019. Petitioner shall file his Amended Memorandum in Opposition on or before February 1, 2019. Respondent's Amended Reply shall be due on February 8, 2019.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: January 7, 2019

David S. Cayer
United States Magistrate Judge