UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
Civil Action No. 3:18cv172

RACHAN DAMIDI REDDY            )
                               )
            Plaintiff          )
                               )
v.                             )         AFFIDAVIT OF SERVICE
                               )
                               )
RASHID A. BUTTAR               )
                               )
            Defendant          )

AFFIANT, John T. Reid, being first duly sworn, deposes and says:

1. I am over the age of twenty-one and am a citizen and resident of Union County, North Carolina.

2. I am not a party to this action and am not related to the Defendant by blood or marriage.

3. I am a licensed private investigator employed with Barefoot Professional Investigations located at 1011 East Morehead Street, Suite 110, Charlotte, North Carolina 28204.

4. On Wednesday, May 1, 2019 at approximately 3:04 p.m., I served upon Rashid Buttar a copy of the Summons in a Civil Action, Petition to Confirm Foreign Arbitral Award, SIAC Arbitration No. 123 of 2011 (ARB123/11/MJL), ARB No. 123 of 2011, Proposed Order Granting Petition to Confirm Foreign Arbitral Award, Memorandum of Points and Authorities in Support of Petition to Confirm Arbitral Award, Electronic Case Opening and Initial Scheduling Order filed in the above-entitled action.

5. I conducted surveillance at Dr. Buttar's medical office address located at 170 Medical Park Road, Mooresville, North Carolina. Surveillance was conducted at this location based on information that Dr. Buttar had a prior and possibly existing affiliation with that address. I observed a white Mercedes, bearing North Carolina license EHT-1800, in the parking lot. Dr. Buttar was believed to be traveling in this Mercedes with a friend, Sulaiman Bharwani. According to the North Carolina Division of Motor Vehicles, North Carolina license EHT-1800 is displayed on a 2017 Mercedes CLA45 registered to Sulaiman Bharwani, 14316 Beatties Ford Road, Huntersville, North Carolina

6. I observed the vehicle parked in the rear of 170 Medical Park Road, Mooresville, North Carolina. Dr. Buttar exited the building and approached the vehicle with a white male. I exited my vehicle and approached Dr. Buttar as he arrived at the passenger side of the vehicle. The white male remainded standing at the driver's side of the vehicle. I told Dr. Buttar I had papers for him. As I extended the papers in his direction, Dr. Buttar moved away from me toward the rear of the vehicle and made no effort to take the papers. At this point, I placed the papers at Dr. Buttar's feet and informed him he had been served.

7. Dr. Buttar stated he had a witness that would say he never touched the papers. I informed Dr. Buttar he had been served and he could leave the papers on the ground for everyone to read if he wanted to. Dr. Buttar appeared angry and got up in my face pointing at me and yelling. I entered my vehicle, drove away and parked in the front of the building. Investigator Mike Sandry remained in the parking lot and continued to videotape in an attempt to observe Dr. Buttar's activities. I observed the white Mercedes circle the building three to four times. At approximately 3:20 p.m., I observed the white Mercedes parked behind the building adjacent to where the papers were left. At approximately 3:30 p.m., I observed the white male, believed to be Sulaiman Bharwani, exit the driver's side of the Mercedes and return to the vehicle with the papers in hand. The vehicle then departed the area. Dr. Buttar remained in the passenger side of the vehicle.

This the 7th day of May, 2019.

_____
John T. Reid

STATE OF NORTH CAROLINA
MECKLENBURG COUNTY

Sworn to (or affirmed) and subscribed before me this 7th day of May, 2019.

_____
Shawnnah S. Blake, Notary
My Commission Expires: 2/17/2020