# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. No. 3:18-cv-00172-FDW-DSC

**RACHAN DAMIDI REDDY,**

    Petitioner,

v.

**RASHID A. BUTTAR,**

    Respondent.

**ORDER**

**THIS MATTER** is before the Court on Petitioner's "Motion for Sanctions and/or to Compel [Discovery]" (document #23) and "Amended Motion for Sanctions and/or to Compel [Discovery]" (document #25).

On May 14, 2019, the Honorable Frank D. Whitney denied Respondent's "Motion to Dismiss Petition [for Lak of Personal Jurisdiction]" (document #8). See "Order" (document #50).

Petitioner has been granted the relief he seeks. Accordingly, the "Motion for Sanctions and/or to Compel [Discovery]" (document #23) and "Amended Motion for Sanctions and/or to Compel [Discovery]" (document #25) are administratively denied as moot.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Frank D. Whitney.

**SO ORDERED.**

Signed: May 20, 2019

David S. Cayer
United States Magistrate Judge