UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00172-FDW-DSC

| RACHAN DAMIDI REDDY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| RASHID A. BUTTAR, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Have Respondent's Motion to Dismiss Declared Moot (Doc. No. 48).

Defendant filed a Motion to Dismiss for Lack of Jurisdiction on July 18, 2018, on grounds that the Court lacked subject matter jurisdiction and personal jurisdiction over Defendant, and that venue in the Western District of North Carolina was not proper. (Doc. No. 8). The Court considered these arguments and rejected them, ultimately denying Defendant's Motion to Dismiss. (Docs. Nos. 18, 50). Because the Court already denied Defendant's Motion to Dismiss, Plaintiff's Motion (Doc. No. 48) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: September 23, 2019

Frank D. Whitney
Chief United States District Judge

1