UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00172-FDW-DSC

| RACHAN DAMIDI REDDY, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER and NOTICE OF HEARING |
| RASHID A. BUTTAR, | ) | |
| Respondent. | ) | |

THIS MATTER is before the Court on Petitioner's Motion for Summary Judgment (Doc. No. 71). Also before the Court is Petitioner's Motion for Judgment on the Pleadings (Doc. No. 65).

TAKE NOTICE that a hearing on Petitioner's Motion for Summary Judgment will take place on April 8, 2020, at **10:30 a.m.** in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina 28202. The parties' oral arguments will be limited to fifteen (15) minutes per side.

Because the parties have reached the summary judgment stage, Petitioner's Motion for Judgment on the Pleadings (Doc. No. 65) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: March 3, 2020

Frank D. Whitney
Chief United States District Judge