UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00172-FDW-DSC

| | | |
|---|---|---|
| RACHAN DAMIDI REDDY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER and NOTICE |
| | ) | |
| RASHID A. BUTTAR, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* with regard to the upcoming hearing on Petitioner's Motion for Summary Judgment (Doc. No. 71), which is scheduled for April 8, 2020 at 10:30 am. In light of the rapidly evolving situation surrounding the outbreak of novel coronavirus in the United States and the State of North Carolina, in an effort to maximize social distancing, and to protect particularly vulnerable members of the public—including many members of our Bar, Court staff, and Judges—IT IS HEREBY ORDERED that the hearing is CANCELLED. The Court will adjudicate the motion on the parties' briefs.

The Clerk of Court is respectfully DIRECTED to remove the hearing from the Court calendar.

IT IS SO ORDERED.

Signed: April 2, 2020

Frank D. Whitney
Chief United States District Judge

1